UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ROY VINCENT** | : | **DOCKET NO. 6:22-cv-04005** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **GEOVERA SPECIALTY INSURANCE CO** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Considering the motion to enroll pending on behalf of new counsel for plaintiff, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 20] recommending dismissal of this matter for failure to prosecute be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 28th day of September, 2023.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**